IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Kevin Babcock,<br><br>                                  Plaintiff,<br><br>vs.<br><br>World Acceptance Corporation,<br><br>                                  Defendant. | Civil Action No. 8:16-cv-00050-MGL |

## MOTION TO ENTER RUBIN ORDER AS TO DEFENDANT WORLD ACCEPTANCE CORPORATION

Plaintiff Kevin Babcock and Defendant World Acceptance Corporation, have agreed to settle the above entitled action. Plaintiff Kevin Babcock requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated.

                                                                s/Dave Maxfield # 6293
                                                                dave@consumerlawsc.com
                                                                5217 N Trenholm Rd, Suite B
                                                                Columbia, SC 29206
                                                                (803) 509-6800
                                                                (855) 299-1656 Fax
                                                                *Counsel for Plaintiff*

DATED: May 27, 2016

Columbia, South Carolina

1