IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Kevin Babcock,<br><br>                              Plaintiff,<br><br>vs.<br><br>World Acceptance Corporation,<br><br>                            Defendant. | Civil Action No. 8:16-cv-00050-MGL |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT WORLD ACCEPTANCE CORPORATION

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Kevin Babcock dismisses his claims as to Defendant World Acceptance Corporation with Prejudice, having settled his claims against World Acceptance Corporation.

                                                        s/Dave Maxfield # 6293
                                                        dave@consumerlawsc.com
                                                        5217 N Trenholm Rd, Suite B
                                                        Columbia, SC 29206
                                                         (803) 509-6800
                                                        (855) 299-1656 Fax
                                                        *Counsel for Plaintiff*

DATED: June 8, 2016

Columbia, South Carolina

1